# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **DAWN BENTON,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | )    **CIVIL ACTION NO.** |
| | )    **7:20-cv-00580-LSC** |
| **WELLS FARGO BANK, N.A.,** | ) |
| | ) |
|     **Defendant.** | ) |

## NOTICE OF SETTLEMENT

COMES NOW Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by and through its undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims in this matter.

Wells Fargo, therefore, requests that this Honorable Court vacate all dates currently set on the calendar for the present matter and give the parties 60 days to file the necessary dismissal papers.

Respectfully submitted this 23rd day of October, 2020.

    */s/ R. Frank Springfield*
    R. Frank Springfield (ASB-5196-R81S)
    Denzel E. Okinedo (ASB-1195-H21C)
    BURR & FORMAN LLP
    420 North 20th Street, Suite 3400
    Birmingham, Alabama  35203
    Telephone: (205) 251-3000
    Facsimile: (205) 458-5100
    fspringf@burr.com
    dokinedo@burr.com

    Attorneys for Defendant
    WELLS FARGO BANK, N.A.

44423154 v1

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served on the following by through CM/ECF Notice of Electronic Filing, on this the 23rd day of October, 2020:

Matthew J Landreau
Credit Repair Lawyers of America
4 Milton Court
Columbus, GA 31904
Phone: 248-353-2882
Fax: 248-353-4840
matt@crlam.com

    Attorney for Plaintiff

                                            */s/ R. Frank Springfield*
                                            OF COUNSEL