# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | | |
|---|---|---|
| DAWN BENTON, | ) | |
| Plaintiff, | ) | |
| v. | ) | 7:20-cv-00580-LSC |
| WELLS FARGO BANK, N.A., | ) | |
| Defendant. | ) | |

## ORDER

The Court acknowledges receipt of Defendant's Notice of Settlement (doc. 14) received on October 23, 2020. Accordingly, this action is DISMISSED WITH PREJUDICE. Any party may, for good cause shown, reopen this action within sixty (60) days from the date of this Order. Costs are taxed as paid.

**DONE** and **ORDERED** on November 2, 2020.

_____
L. Scott Coogler
United States District Judge

202892